1  David G. Halm, Esq., SBN 179957
**PETTIT KOHN INGRASSIA & LUTZ PC**
2  9841 Airport Boulevard, Suite 1100
Los Angeles, CA 90045
3  Telephone: (310) 649-5772
Facsimile: (310) 649-5777
4  E-mail:       dhalm@pettitkohn.com

5  Attorneys for Defendant
**KMART CORPORATION**

```
                    FILED
           CLERK, U.S. DISTRICT COURT

               Dec 10, 2015

         CENTRAL DISTRICT OF CALIFORNIA
         BY: ____PMC____ DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EL CENTRO IMPERIAL, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KMART CORPORATION, a Michigan corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO: 2:15-cv-06412 SVW (MRW)<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE ACTION**<br><br>District Judge: Hon. Stephen V. Wilson<br>Courtroom:     6 (Spring Street)<br>Magistrate:    Hon. Michael R. Wilner<br>Courtroom:     550 (Roybal)<br>Complaint Filed:  July 21, 2015 |

Pursuant to the parties' Stipulation for Dismissal, this Court hereby dismisses the above-captioned action in its entirety with prejudice. Each party to bear its own fees and costs.

IT IS SO ORDERED

DATE: __December 10, 2015__   BY: _____[signature]_____
UNITED STATES DISTRICT JUDGE
STEPHEN V. WILSON

4544-7347

---

1
CERTIFICATE OF SERVICE OF NTC TO ADVERSE PARTY
CASE NO. 2:15-cv-06412 SVW (MRWx)